UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERRI JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17-CV-758 (CEJ) |
| | ) |
| DENNY'S INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the Rule 16 scheduling conference set in this matter is **rescheduled** for **Wednesday, May 31, 2017, at 12:00 p.m.** The conference will be held by telephone, and the Court will initiate the call.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2017.